RECEIVED
FEB 15 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| TERRENCE PAUL GUILLORY | CIVIL ACTION 2:16-CV-01721 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| CAROLYN W. COLVIN, COMMISSIONER | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Guillory's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 15th day of February, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE